1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

| | |
|---|---|
| HANNAH POYORENA, an individual, and on behalf of the Estate of Lorraine G. Poyorena, deceased, and SARAH REBEKAH FIORITO aka AMY FIORITO, an individual;, | CASE NO.: 2:14-cv-00683-GAF (Ex) |
| | **JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** |
| Plaintiffs, | [Assigned to the Hon. Gary A. Feess] |
| v. | |
| WELLS FARGO BANK, N.A,; and Does 1 – 100, inclusive | |
| Defendants. | |

22      On April 3, 2014, the Court entered an Order granting the Motion to Dismiss

23  Complaint, filed by defendant WELLS FARGO BANK, N.A. ("Wells Fargo"),

24  dismissing the Complaint with prejudice.

25  Accordingly:

26      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

27      1.    The Complaint is dismissed with prejudice;

28      2.    Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.;

1    and;

2          3.    Plaintiffs Hannah Poyorena and Sarah Rebekah Fiorito (also known as

3    Amy Fiorito) shall recover nothing in this action from defendant Wells Fargo (a) in

4    their individual capacities, (b) on behalf of the Estate of Lorraine G. Poyorena,

5    deceased, (c) as beneficiaries of the Lorraine G. Poyorena Trust, and/or (d) as

6    successor trustee of the Lorraine G. Povorena Trust.

7

8    Dated: April 14, 2014

9

10   _____

     THE HON. GARY A. FEESS

11    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28